UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA AUGUSTINE on behalf of J.R., <br> Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br> Defendant. | No. EDCV 09-0974-RC <br><br> JUDGMENT |

    IT IS ADJUDGED that Judgment shall be entered in favor of defendant.


DATED: August 2, 2010    /S/ ROSALYN M. CHAPMAN
                                      ROSALYN M. CHAPMAN
                                UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-0974.jud
8/2/10